# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>YENIFER YULISSA AVALOS-HERNANDEZ(1),<br>ISMAR JOSE ESTRADA-LEAL(2),<br><br>　　　　　　Defendant. | Case No. 19CR638-GPC<br><br>**JUDGMENT AND ORDER DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |

On motion of the United States, with no objection by Defendants, and with good cause shown, the Indictment in this case is hereby dismissed without prejudice and the bond exonerated.

Dated: June 14, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　United States District Judge